## ANNA MARIA RAPP, RESPONDENT, v. WILLIAM WILLIAMS, APPELLANT.

*Injunction — Summary proceedings.*

The court will not grant an injunction preventing a landlord from instituting summary proceedings against his tenant, on the ground that the landlord has extended the tenant's lease. The question of the extension of the lease is one that can be properly determined in the summary proceedings.

APPEAL from an order of Special Term, continuing an injunction restraining a landlord from taking out summary proceedings on the 1st day of May, 1874, to dispossess his tenant (the plaintiff) whose term expired on that day, on the ground that a verbal promise was given that she should have the premises for another year. This action was brought for the purpose of obtaining a temporary injunction, and restraining the defendant from interfering with plaintiff's possession till the end of the alleged extended term.

*W. G. McCrea*, for the appellant.

*D. Thornton*, for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order reversed, and motion to continue the injunction denied, with $10 costs of this appeal, and $10 costs of the motion in the court below.